STEVEN G. KALAR
Federal Public Defender
ELLEN LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
ANDRE PERKINS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-869 SBA |
| Plaintiff, | STIPULATION TO CONTINUANCE; ORDER (AS MODIFIED) |
| v. | |
| ANDRE PERKINS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled status conference [Attorney Appointment Hrg. and] regarding supervised release violation, currently set for June 18, 2013, at 9:30 a.m., be vacated and re-set for July 16, 2013 at 9:30 a.m.

The parties recently received discovery related to the pending petition and require additional time to review it. Counsel for Mr. Perkins must also conduct investigation regarding the alleged violations of supervised release.

Date: June 17, 2013                         /s/
                                            ELLEN V. LEONIDA
                                            Assistant Federal Public Defender


Date: June 17, 2013                         /s/
                                            TALIA FALK
                                            Special Assistant United States Attorney

CR 10-869 SBA
Stipulation to Continuance; Order                    1

1 ORDER

2      The court finds that the requested continuance is necessary. Based on these findings, IT IS

3 HEREBY ORDERED THAT the above-captioned matter is continued to July 16, 2013, at 9:30 a.m.,

4 before the Oakland Duty Magistrate.

5      IT IS SO ORDERED.

7  6/17/13
Date

HON. DONNA M. RYU
8 UNITED STATES MAGISTRATE JUDGE