STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
ANDRE D. PERKINS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>ANDRE D. PERKINS,<br><br>DEFENDANT. | CR 10-869 SBA<br><br>STIPULATION TO CONTINUANCE OF HEARING; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of October 9, 2014 presently scheduled at 9:30 a.m., before the Hon. Kandis Westmore, be vacated and re-set for December 16, 2014 at 9:30 a.m., before the Oakland Duty Magistrate, for status.

The requested continuance is necessary because the supervised release violation at issue in this case is based on an Alameda County misdemeanor case, which has been continued to December 5, 2014. Mr. Perkins cannot resolve the supervised release violation prior to resolution of the underlying misdemeanor.

DATED:   October 8, 2014                              /S/

CR 10-869 SBA
Stip. to Cont.; [Proposed] Order

1

ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for Defendant ANDRE PERKINS

DATED:     October 8, 2014              /S/
                                        CHRISTINA MCCALL
                                        Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to December 16, 2014 at 9:30 a.m., before the Oakland Duty Magistrate.

IT IS SO ORDERED.

DATED: 10/8/14                          *Kandis Westmore*
                                        HON. KANDIS WESTMORE
                                        United States Magistrate Judge

CR 10-869 SBA
Stip. to Cont.; [Proposed] Order

2